**1241-14**

# ELECTRONIC RECORD

COA # 03-13-00386-CR    OFFENSE: 22.021

STYLE: Stephen Marquez v. The State of Texas    COUNTY: Hays

COA DISPOSITION: AFFIRMED    TRIAL COURT: 22nd District Court

DATE: 08/26/14    Publish: NO    TC CASE #: CR-12-0850

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Stephen Marquez v. The State of Texas    CCA #: **1241-14**

_____PRO SE_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 02/04/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**